## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

RUBY BIRD,

    Plaintiff,

    v.

TEXTRON, INC., et al.,

    Defendants.

CIVIL ACTION NO. 4:25-CV-558

(SAPORITO, J.)

## ORDER

AND NOW, this 9th day of June, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT** the defendants' motion to dismiss, or in the alternative, motion for summary judgment (Doc. 45) is **DENIED**.

Dated: June 9, 2026

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge